UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SIOUX STEEL COMPANY, a South Dakota corporation, | ) ) ) | Civ. No. 4:19-cv-04156-KES |
| Plaintiff, | ) ) ) | **ADMISSION OF SERVICE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA** |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC. and INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, | ) ) ) ) | |
| Defendants. | ) | |

TO:  Larry Deiter, Director of Insurance, South Dakota Division of Insurance, 124 S. Euclid, 2nd Floor, Pierre, SD 57501; and INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

The undersigned, a representative of the South Dakota Division of Insurance, hereby admits service of a copy of the Summons, Complaint, and form AO 85 from Goodsell Quinn LLP, on behalf of INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, in the above-referenced matter.

Dated this 12th day of September, 2019.

_LARRY DEITER_
(Print)

_[signature]_
(Signature)

_Director_
(Title)