UNITED STATE DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SIOUX STEEL COMPANY, a South Dakota corporation, | ) | Civ. No. 19-4156 |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| AMERICAN INTERNATIONAL GROUP, INC. and INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S STIPULATION TO DISMISS
DEFENDANT AMERICAN INTERNATIONAL GROUP, INC.**

Plaintiff, Sioux Steel Company ("SSC"), dismisses American International Group, Inc. ("AIG"), without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. Plaintiff's dismissal is effective, without a Court Order, because Defendant AIG has not answered or filed a motion for summary judgment, and because this stipulation for dismissal is signed by all parties who have appeared. Fed. R. Civ. Proc. 41(a)(1)(A)(i)-(ii).

Dated this 19th day of February, 2020.

GOODSELL QUINN LLP

By:_____
G. Verne Goodsell
David S. Barari
Nathan R. Oviatt
Attorneys for Plaintiff
246 Founds Park Drive, Ste. 201
P.O. Box 9249
Rapid City, SD 57709-9249
(605) 343-3000
verne@goodsellquinn.com

1

Dated this 19th day of February, 2020.

COSTELLO, PORTER, HILL, HEISTERKAMP,
BUSHNELL & CARPENTER, LLP

By: _____
Heather Lammers Bogard
Attorneys for Defendant Insurance Company of
State of Pennsylvania
P.O. Box 290
Rapid City, SD 57709-0290
(605) 343-2410

2