UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| SIOUX STEEL COMPANY, a South Dakota corporation,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Defendants. | Civ. No. 4:19-cv-04156-KES<br><br>**STIPULATED MOTION FOR PROTECTIVE ORDER** |

It is hereby stipulated by and between Plaintiff Sioux Steel Company and Defendant Insurance Company of the State of Pennsylvania that a Protective Order is appropriate in this matter and should be approved by the Court consistent with the terms and provisions set forth in the Proposed Protective Order, attached hereto as Exhibit "A". In addition, it is anticipated that some of the protected information to be disclosed here will overlap with protected information which was disclosed in *Sioux Steel Company v. KC Engineering, P.C.*, (Civ 4:15-cv-04136-KES), which was before this court. Counsel of record for the Defendant in that matter, by signing this document on behalf of their client, acknowledge, agree, and do not object to the disclosure of such protected information in this action, if made pursuant to the terms of the Proposed Protective Order presented here.

Dated this 24th day of Feb., 2021.

GOODSELL & OVIATT, LLP

/s/ 

G. Verne Goodsell, SD Atty No. 614
246 Founders Park Drive, Suite 201
Rapid City, SD 57701
verne@goodselloviatt.com
*ATTORNEYS FOR PLAINTIFF*

1

Dated this 24th day of ~~January~~ February, 2021.

                COSTELLO PORTER, HILL, HEISTERKAMP,
                BUSHNELL & CARPENTER, LLP

                _____
                Heather Lammers Bogard
                PO Box 290
                Rapid City, SD 57709-0290
                hbogard@costelloporter.com

                NICOLAIDES, FINK, THORPE, MICHAELIDES,
                & SULLIVAN, L.L.P.
                Richard H. Nicolaides, Jr. (Pro Hac Vice)
                Cody S. Moon (Pro Hac Vice)
                Samuel Y. Chen (Pro Hac Vice)
                10 S. Wacker, 21st Floor
                Chicago, IL 60606
                rnicolaides@nicolaidesllp.com
                cmoon@nicolaidesllp.com
                schen@nicolaidesllp.com

                *ATTORNEYS FOR DEFENDANT*

Dated this 24 day of ~~January~~ Feb, 2021.

BOYCE LAW FIRM, L.L.P.

*/s/ Michael F. Tobin*
Michael F. Tobin
300 South Main Avenue
P.O. Box 5015
Sioux Falls, SD 57117-5015
(605) 336-2424
mftobin@boycelaw.com
Attorneys for K.C. Engineering, P.C.
