UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| SIOUX STEEL COMPANY, *a South Dakota corporation*, <br><br> Plaintiff, <br> vs. <br><br> INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, <br><br> Defendant. | 4:19-CV-04156-KES <br><br><br> JUDGEMENT |

Pursuant to this court's order granting summary judgment in favor of Insurance Company of the State of Pennsylvania (Docket 96), it is,

ORDERED, ADJUDGED, and DECREED that summary judgment is granted in favor of Insurance Company of the State of Pennsylvania on the merits and with prejudice.

Dated December 21, 2023.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE