UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SIOUX STEEL COMPANY, a South Dakota corporation, | ) ) ) | 4:19-cv-04156-KES |
| | ) | **NOTICE OF APPEAL** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, | ) ) ) | |
| Defendant. | ) ) | |

Plaintiff Sioux Steel Company appeals to the United States Court of Appeals for the Eighth Circuit from the Order (Doc. 96) and Judgment (Doc. 97) denying Sioux Steel's Motion for Partial Summary Judgment and Granting Insurance Company of the State of Pennsylvania's Motion for Summary Judgment entered on December 21, 2023.

Dated this 19th day of January, 2024.

GOODSELL & OVIATT LAW FIRM

BY:_____
G. Verne Goodsell
246 Founders Park Dr., Suite 201
P.O. Box 9249
Rapid City, SD 57709-9249
Tel: (605) 343-3000
Fax: (605) 343-3251
verne@goodselloviatt.com

1