# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No:  24-1121

_____

Sioux Steel Company, a South Dakota corporation

Plaintiff - Appellant

v.

Insurance Company of the State of Pennsylvania

Defendant - Appellee

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:19-cv-04156-KES)

**JUDGMENT**

Before LOKEN, SMITH, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

February 06, 2025

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Maureen W. Gornik