# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 24-1121

Sioux Steel Company, a South Dakota corporation

Appellant

v.

Insurance Company of the State of Pennsylvania

Appellee

---

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:19-cv-04156-KES)

---

**MANDATE**

In accordance with the opinion and judgment of February 6, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 27, 2025

Acting Clerk, U.S. Court of Appeals, Eighth Circuit